# COMPLAINT

# EXHIBIT "1"

4840-2012-8461, v. 1



1841 LONG IRON DR. STE. 805, ROCKLEDGE, FL 32955

+1 321-205-7441/ettllc@att.net

# INVOICE

INVOICE #: ETTLLC,GSHC,3M,070620

DATE: 07/06/2020

| To: |
|---|
| MR. DANIEL HINES |
| C/O |
| GREY SIMCOE HEALTH CORPORATION |
| 2081 PIPER LANE |
| LONDON, ONTARIO |
| CANADA N5V3S5 |

| SHIP TO: |
|---|
| YXU-LONDON INTERNATIONAL AIRPORT, CANADA |

| SALESPERSON | P.O. NUMBER | REQUISITIONER | SHIPPED VIA | CIF TERM | TERMS |
|---|---|---|---|---|---|
| **DG** | ETTLLC,3M,17M070620 | | AIRCARGO | | T/T MT 103 |

| QUANTITY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| 2,500,000 | 8210 3M Certified and FDA/NIOSH Approved N 95 Respirators | $3.20 | $8,000,000.00 |
| 920,000 | 1860 3M Certified and FDA/NIOSH Approved N 95 Respirators | $3.66 | $3,367,200.00 |
| 1,930,000 | 1860 Small 3M Certified and FDA/NIOSH Approved N 95 Respirators | $3.44 | $6,639,200.00 |
| 1,000,000(HOSP) | 1860 3M Certified and FDA/NIOSH Approved N 95 Respirators | $2.50 | $2,500,000.00 |
| 6,350,000 | SUBTOTAL | | $20,506,400.00 |
| | SHIPPING & HANDLING (DOWNPAYMENT TO BE PAID TO ESCROW LAWYER) | | ($2,300,00.00) |
| | TOTAL DUE | | $18,206,400.00 |

If you have any question concerning this invoice contact us
ENRIQUE TECHNOLOGIES & TRADING, LLC, +1 321-205-7441, ettllc@att.net

**THANK YOU FOR YOUR BUSINESS**
Page 1 of 4



1841 LONG IRON DR. STE. 805, ROCKLEDGE, FL 32955

+1 321-205-7441/ettllc@att.net

# INVOICE

| BANKING INFORMATION FOR ATTORNEY ESCROW ACCOUNT | |
|---|---|
| Account name: | Schenk & Associates, PLC – Trust Account |
| Account number: | 2000051185383 |
| Bank name: | Wells Fargo N.A. |
| Bank address: | 1090 N. Collier Blvd., Marco Island, Florida 34145 |
| ABA bank routing #: | 121000248 |
| SWIFT code: | WFBIUS6S |
| Reference number: | DCPCGCEA |
| Bank officer: | Stephon Hall |
| Phone: | 704-547-2627 |
| E-mail: | stephon.hall@wellsfargo.com |
| Currency: | To be paid in USD |

Invoice Expires in 2 banking days from date if not paid.

## PROCEDURE

**Payment Terms**

1. Invoice Payment will be administered by Schenk & Associates, PLC – Trust Account or a 3rd Party escrow attorney. Buyer will wire transfer the 2.3 million USD as a down payment for Shipping and Handling Fee within 24 hours after signing this agreement and receipt of POL from Sellers Escrow Attorney.

2. Seller will process custom documents, conduct SGS inspection and book air freight to the buyer's shipping destination.

3. Payment in full to ENRIQUE TECHNOLOGIES & TRADING, LLC by TT or by Electronic Funds Transfer (EFT) into Escrow Lawyer's account within 24

If you have any question concerning this invoice contact us
ENRIQUE TECHNOLOGIES & TRADING, LLC, +1 321-205-7441, ettllc@att.net

THANK YOU FOR YOUR BUSINESS
Page 2 of 4



1841 LONG IRON DR. STE. 805, ROCKLEDGE, FL 32955

+1 321-205-7441/ettllc@att.net

# INVOICE

hours after the product arrives at the Discharge Airport. Title is transferred to Buyer/Assigns.

## Inspection:

1. Seller/Escrow Attorney will release product UPC Code, Lot Number and photographs of product label, to Buyer/Buyers Escrow Lawyer. Seller will order SGS inspection on behalf of Buyer, while product is being loaded in the cargo plane. FINAL INSPECTION AT THE DISCHARGE PORT AT THE PLANE BY BUYERS/AGENTS. CARGO IS RELEASED AFTER PAYMENT.

2. All 3M legitimate certificates be provided at the time of inspection to SGS Inspector for verification.

## Shipment:

1. Within 7 days from the day shipping and handling fee is released by Buyer to Schenk & Associates, PLC – Trust Account, for cost of SGS inspection, transfer of product documentation including export taxes, custom fees and Air Freight Booking.

2. Upon successful SGS inspection and buyer verification of SGS report, Airway Bill, Packing List, SGS Inspection report and Certificate of Product Origin, product is shipped to the Destination Port. within 24 hours after the product arrives at the Discharge Airport and release funds to ENRIQUE TECHNOLOGIES & TRADING, LLC. Title is transferred to Buyer/Assigns.

3. Seller will priority mail all original product documents to Buyer.

Buyer hereby agrees that during this transaction's contract period or after expiration or termination of this contract relationship, Buyer shall not enter into any agreement, transaction or arrangement with Supplier or Shipper or any other PPE manufacturer within the U.S. or globally, doing business with Seller, whether through Buyer's principals, agents or affiliates, directly or indirectly, regardless of

If you have any question concerning this invoice contact us
ENRIQUE TECHNOLOGIES & TRADING, LLC, +1 321-205-7441, ettllc@att.net

**THANK YOU FOR YOUR BUSINESS**
Page 3 of 4



1841 LONG IRON DR. STE. 805, ROCKLEDGE, FL 32955

+1 321-205-7441/ettllc@att.net

# INVOICE

whether such transaction is consummated with such prospective manufacturer or reseller, unless the Buyer notifies Seller in writing of the agreement, transaction or arrangement

**Note: This commercial Invoice expires in 2 days if not accepted and signed.**

Seller:



| | |
|---|---|
| **SEAL AND SIGNATURE** | |
| Name: | E.C. "ALDO" ENRIQUE |
| Title: | MANAGING DIRECTOR |
| Company: | ENRIQUE TECHNOLOGIES & TRADING, LLC |
| Date: | JULY 6, 2020 |

Accepted by the Buyer:

DocuSigned by:
Daniel Hines
1BEF63EDFEB149A...

| | |
|---|---|
| **SEAL AND SIGNATURE** | |
| Name: | Daniel Hines |
| Title: | Director |
| Company | Grey & Simcoe Health Corporation |
| Date: | 7/7/2020 |

If you have any question concerning this invoice contact us
ENRIQUE TECHNOLOGIES & TRADING, LLC, +1 321-205-7441, ettllc@att.net

THANK YOU FOR YOUR BUSINESS

Page 4 of 4