UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GREY & SIMCOE HEALTH CORPORATION,
a Canada Corporation,

    Plaintiff,

v.

                      Civil Action No. 6:20-cv-01777-PGB-GJK

ENRIQUE TECHNOLOGIES & TRADING,
LLC., a Florida Limited Liability Company;
ESMERALDO ENRIQUE, Individually,

    Defendants,

## DECLARATION OF MARK GREGOUIRE

I, Mark Gregouire, declare as follows:

1. I am over the age of 18 years and competent to make this declaration, have personal knowledge of the facts in this declaration, and certify they are true.

2. I am an employee of Grey & Simcoe Health Corporation ("Grey).

3. I declare under of perjury under the laws of the United States of America that the foregoing is true and correct.

4. I have reviewed the records of Grey & Simcoe Health Corporation concerning the transaction with Defendant, Enrique Technologies & Trading, LLC ("Enrique") and am personally familiar with their contents.

5. In early July, 2020, Grey entered into discussions with Enrique regarding the purchase of N95 Respirators for use in the battle against COVID19.

6. On July 7, 2020, Grey and Enrique entered into an agreement concerning the purchase of N95 Respirators, with a total purchase price of $18,206,400.00, which a required down payment of $2,300,000.00. A copy of that agreement has been attached to the Complaint filed in this matter.

7. In the discussions leading to the signing of the agreement, Enrique, made various misrepresentations of material fact related to the Agreement designed to induce Grey to enter into the Agreement which were not true at the time.

8. Specifically, Enrique represented that if Grey paid the purchase price of the N95 Respirators, they would be delivered to Grey in Canada. Enrique made this representation knowing it was not true and did so to induce Grey to enter into the Agreement and pay money.

9. During the course of dealings between the parties, Enrique, made the following misrepresentations to Grey:

   a. Enrique would be able to deliver the N95 Respirators to Grey in exchange for payment;

   b. If Grey paid Enrique and another party directly, outside of the escrow procedure listed in the Agreement, the N95 Respirators would be delivered sooner;

10. The Contract between the parties called for the use of an Escrow Lawyer to handle the down payment, with a mechanism of releasing the funds to the Enrique after certain confirmation was sent to the Escrow Attorney.

11. However, Enrique told Grey that if it paid the down payment directly to Enrique ($500,000) and another company in Egypt ($1,800,000.00), it would deliver the goods sooner.

12. Grey transferred the $500,000.00 to a bank account located at Suntrust Bank, Acct. No. 10026XXXXXXX, Routing number 06100XXXX. A redacted copy of the wire transfer receipt is attached to the Declaration at Exhibit "1".

13. Grey transferred the $1,800,000.00 to a bank account located at QNB Alahli Bank, Acct. No. 01142031381XXXX, in Port Said, Egypt.

14. Since July 9, 2020, Enrique has not delivered the N95 masks that were ordered, and has refused to return the money that was wired directly to the bank account at Suntrust Bank or the money wired to the bank account in Egypt.

15. After repeated requests for return of the money, on August 9, 2020, Enrique stated that only $295,000.00 of the $500,000 that was transferred to the Suntrust Bank account remained.

16. Enrique stated it would transfer the $295,000 back to Grey and provided a document claiming to be a Transfer Receipt purporting to transfer $295,000 to Grey through a bank account at JPMorgan Chase Bank, NA on August 11, 2020. A redacted copy of that wire transfer receipt is attached as Exhibit "2" to this declaration.

17. However, no money was actually transferred to Grey as reflected in the Transfer Receipt.

18. The amount owed to Grey by Enrique that was deposited into the Suntrust Bank account is $500,000.00.

19. Enrique has attempted to avoid communications with Grey and continues to refuse to return the money paid by Grey pursuant to the agreement.

20. It is not the intention of Grey to injure either Enrique or the garnishee. Grey simply wants the return of its money.

21. Enrique has made unfulfilled promises to repay the money.

22. Given the past conduct of Enrique outlined above, it is the belief of Grey that Enrique will continue to transfer funds out of the Suntrust Account and move them to a location outside of the State of Florida or outside the United States.

## DECLARATION

I hereby declare that on this 5th day of October, 2020, I executed the foregoing document under penalty of perjury and that all matters stated herein are true and correct.

_____
MARK GREGOUIRE

4822-0800-4301, v. 1

```
ROYAL BANK OF CANADA                                                          Page 1 of 1
LON ON-WONDERLAND & SOUTHDALE                                        ROYAL FUNDS TRANSFER
                                                                          2020 JUL 09

    Branch Ref No...     [REDACTED]              Value Date.....   2020 JUL 09
    ICN............                  From        Send Ref....

    Payment Amount............$     500,000.00 USD   Charges For... Sender
    Client Rate...............        1.35740000     Serial No..... 0033323201
    Conversion Amount.........$     678,700.00 CAD
    Wire Payment Fee Sep Dr   $          45.00 CAD
    Not Present Fee...........$           0.00 CAD
    IBAN Fee..................$           0.00 CAD
    Total Fees................$          45.00 CAD
    Client Pays (Princ).......$     678,700.00 CAD   SRF Client No. 342135019
    Sender Pays (Fees)........$          45.00 CAD

    Ordering Customer:                              Remittance Information:
    GREY & SIMCOE HEALT
    74 HUNT VILLAGE CRES
    LONDON                   ON N6H 4A4


    Debit Branch Name (Princ)..                                          Cheque
                              .........
    Debit Branch Name (Fees)...
                                 09047  [REDACTED]

    Intermediary Institution:                       Account With Institution: SNTRUS3AFTL

                                                    (    )
                                                    TRUIST BANK (FORMERLY SUNTRUST BANK

                                                    FORT LAUDERDALE                FL US
    Beneficiary Account:     10002614[REDACTED]

    Beneficiary Customer:                           Sender To Receiver Information:
    ENRIQUE TECHNOLOGIES TRADING LLC                /ACC/ETTLLC,3M,17M070620
    8226 N. WICKHAM RD

    MELBOURNE          FL         US

    Instruction Code:
```

   Additional charges may be deducted from the payment amount by the receiving bank and/or its intermediaries ("Receiving Bank"). If this payment cannot be completed for any reasons beyond the control of Royal Bank of Canada ("RBC") you may ask RBC for a refund and RBC shall make best efforts to secure a refund from Receiving Bank and return those amounts to you. If conversion of funds is requested, the rate of exchange will be RBC's rate established at the time the refund is converted. If you need to make an inquiry regarding this payment or if you ask that RBC attempt to amend or cancel this payment, additional charges will apply (except in cases where an error has been established on the part of RBC or the Receiving Bank). RBC may, in its discretion and without notice to you, delay in making the payment or decide not proceed with the payment, in which case RBC shall refund of the payment amount and any applicable fees.
   RBC will not be responsible for any loss or damage suffered by you except where there has been negligence on the part of RBC, and in any such case RBC will not be liable for any indirect, consequential or exemplary damages (including but not limited to loss of profits), regardless of the cause of action. In making the payment, your personal or business information and information on the recipient, may be revealed to third parties. Since the payment will travel, the information related to it will be subject to the laws of the jurisdiction in which the information is located or processed at that time.

SIGNATURE(S): _____

# RECEIPT
## Recipient Transfer
### Reference Number 20200811-████

| | | | |
|---|---|---|---|
| Branch | 2156420 SUNTRE BRANCH | | |
| Payment Amount | 295,000.00 USD | Rate | Contract Number |
| Debit Amount | 295,000.00 USD | | Charge Party None |
| Send Date 11AUG2020 | Value Date 11AUG2020 | | Time: 12:12 |
| Consumer X-Border | Not D-F | | |

## Debit Party
D/10002614█
ENRIQUE TECHNOLOGIES & TRADING, LLC
1841 LONG IRON DR
ROCKLEDGE FL 32955-6601

## Recipient
Is Recipient a Bank? No
/1010█
GRAY & SIMCOE HEALTH
2081 PIPER LANE
LONDON, ONT CANADA

## Pay Through Bank
A/02100█
JPMORGAN CHASE BANK, NA
NEW YORK, NY

## Recipient's Bank
S/ROYCCAT2
ROYAL BANK OF CANADA
(HEAD OFFICE)
180 WELLINGTON STREET WEST
TORONTO,CA

**Bank to Bank Information**        **Originator to Recipient Information**

REFUND

Exhibit 2