# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION


**GREY & SIMCOE HEALTH CORPORATION,**
**a Canada Corporation,**

      **Plaintiff,**

                      **Civil Action No. 6:20-cv-01777-PGB-GJK**

**v.**


**ENRIQUE TECHNOLOGIES & TRADING,**
**LLC., a Florida Limited Liability Company;**
**ESMERALDO ENRIQUE, Individually,**

      **Defendants,**

_____/

## <u>PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE (DOC. 12)</u>


Plaintiff, Grey & Simcoe Health Corporation, a Canada corporation ("Grey"), by and through undersigned counsel responds to the Court's Order to Show Cause (Doc. 12) and states as follows:

1.     On November 2, 2020, this Court entered its Order to Show Cause requiring Plaintiff to show cause, in writing, why this matter should not be dismissed or disregarded due to deficient citizenship. (Doc. 12)

2.     In support of its response to the Court's Order to Show Cause, Grey has filed the Declaration of Mark Gregouire, as Exhibit "1".

3.      Defendant, Enrique Technologies & Trading, LLC has two individual members, Esmeraldo Enrique and Eleanor E. Enrique. (Decl. of Gregouire, Par. 4).

4.      Esmeraldo Enrique is a citizen of the State of Florida. (Decl. of Gregouire, Par. 5).

5.      Eleanor E. Enrique is a citizen of the State of Florida. (Decl. of Gregouire, Par. 6).

6.      Neither Esmeraldo Enrique nor Eleanor E. Enrique are citizens of the country of Canada. (Decl. of Gregouire, Par. 7).

7.      Grey is not a citizen of the State of Florida. Grey is a citizen of the country of Canada. (Decl. of Gregouire, Par. 8).

8.      Because neither of the defendants are citizens of the same state as the Grey, there is complete diversity for purposes of determining subject matter jurisdiction in this matter.

Wherefore, Plaintiff respectfully requests that this case should not be dismissed for lack of subject matter jurisdiction as there is complete diversity between the parties and the amount in controversy is more than $75,000, exclusive of interest and costs.

Dated: November 10, 2020

/s/ Brian L. Wagner
BRIAN L. WAGNER
Fla. Bar No. 0142727
Mateer & Harbert, P.A.

Post Office Box 2854
Orlando, Florida 32802
Tel (407) 425-9044
Counsel for Plaintiff
bwagner@mateerharbert.com
semerson@mateerharbert.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 10, 2020, I electronically filed the foregoing with the U.S. District Court for the Middle District of Florida's Document Filing System. A true and correct copy has been delivered via U.S. Mail, First Class, to: Enrique Technologies & Trading, LLC, c/o Esmeraldo C. Enrique, as Registered Agent and Individually, 1841 Long Iron Drive, Suite 805, Rockledge, FL 32955.

*/s/ Brian L. Wagner*
BRIAN L. WAGNER

4834-0612-0657, v. 1